IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY GARNIER,<br><br>　　　　Plaintiff,<br>vs.<br><br>ILLINOIS TOOL WORKS INC. d/b/a/ HOBART CORPORATION, DON STAIRS, PAUL TODORO, ROBERT TODORO, and MICHAEL MEYER,<br><br>　　　　Defendants. | No. CV 04 1825(NGG)(KAM)<br><br>**ADMISSION TO PRACTICE PRO HAC VICE**<br><br>**DOCKET & FILE** |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Michael Douglas Palmer, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

*The attorney shall pay a $25.00 attorney admission fee and present this order to the intake deputy clerk in the Clerk's office.*

This Order confirms Mr. Palmer's appearance as counsel in this case.

*So ordered.*

Dated: July 18, 2006

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Honorable Kiyo A. Matsumoto


**MOVANT'S COUNSEL IS DIRECTED
TO SERVE A COPY OF THIS ORDER
ON ALL PARTIES UPON RECEIPT.**